**Fill in this information to identify the case:**

Debtor name: Park Avenue Leather Goods LLC
United States Bankruptcy Court for the: Southern District of New York (State)
Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Park Avenue Properties c/o Circle Realty Group 445 Park Avenue 18th Floor New York, New York 10022 | Attention:  President or Chief Operating Officer | Commercial Lease | Disputed | | | $255,486.87 |
| 2 | United Electric Lighting Corp. 200-24 Hollis Avenue St. Albans, New York 11412 | Attention:  President or Chief Operating Officer | Trade Debt | Undisputed | | | $70,792.06 |
| 3 | B&G Mechanical, LLC 838 St. Anns Avenue Bronx, New York 10456 | Attention:  President or Chief Operating Officer | Trade Debt | Undisputed | | | $54,534.00 |
| 4 | Allstate Paper Box Company 233 Raymond Blvd. Newark, New Jersey 07105 | Attention:  President or Chief Operating Officer | Trade Debt | Undisputed | | | $46,302.10 |
| 5 | Belvedere Via Luigi Einaudi 2B 50069 Sieci Firenz, Italy | Attention:  President or Chief Operating Officer | Trade Debt | Undisputed | | | $26,158.51 |
| 6 | Art of Form Architectural 159 Broadway (Route 10) Amityville, New York 11701 | Attention:  President or Chief Operating Officer | Trade Debt | Undisputed | | | $23,680.75 |
| 7 | A.L.B.A. SRL Via Guisti, 239, 50041 Calenzano, Italy | Attention:  President or Chief Operating Officer | Trade Debt | Undisputed | | | $23,283.68 |
| 8 | FRCM Case Acme 39-27 59th Street Woodside, New York 11377 | Attention:  President or Chief Operating Officer | Trade Debt | Undisputed | | | $15,433.03 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 1

Debtor  **Park Avenue Leather Goods LLC**      Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Grafton Group Inc.<br>8 West 38th Street<br>New York, New York 10018 | Attention: President or Chief Operating Officer | Trade Debt | Undisputed | | | $11,200 |
| 10 | Reem Plumbing & Heating Corp.<br>63 Flushing Aveue<br>Brooklyn, New York 11205 | Attention: President or Chief Operating Officer | Trade Debt | Undisputed | | | $12,175.00 |
| 11 | Varo Woodworking<br>18-22 26th Road<br>Astoria, New York 11102 | Attention: President or Chief Operating Officer | Trade Debt | Undisputed | | | $10,823.00 |
| 12 | Donnelly Mechanical<br>96-59 22d Street<br>Queens Village, New York 11429 | Attention: President or Chief Operating Officer | Trade Debt | Undisputed | | | $9,826.83 |
| 13 | Aetna Glass, Inc.<br>202 Industrial Loop<br>Staten Island, New York 10309 | Attention: President or Chief Operating officer | Trade Debt | Undisputed | | | $8,200.00 |
| 14 | Jack Green Associates<br>242 West 36th Street<br>New York, New York 10018 | Attention: President or Chief Operating Officer | Trade Debt | Undisputed | | | $7,374.00 |
| 15 | Best Wallet & Co.<br>Via Vincenzo Monti, 30<br>20831, Sergeno, Italy | Attention: President or Chief Operating Officer | Trade Debt | Undisputed | | | $7,035.00 |
| 16 | The Leather Speciality Co.<br>1088 Business Lane<br>Naples, Florida 34110 | Attention: President or Chief Operating Officer | Trade Debt | Undisputed | | | $6,472.43 |
| 17 | Aido-Lederwaren<br>Friedrichster 9, D-63179<br>Obertshausen, Germany | Attention: President or Chief Opertaing Officer | Trade Debt | Undisputed | | | $6,296.90 |
| 18 | Cellina Szado<br>17 Muray Street, Number 5<br>New York, New York 10007 | Attention: President or Chief Operating Officer | Trade Debt | Undisputed | | | $5,312.50 |
| 19 | Federal Express<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | Attention: President or Chief Operating Officer | Trade Debt | Undisputed | | | $3,582.29 |
| 20 | Waste Connections<br>P.O. Box 660054<br>Dallas, Texas 75266-0654 | Attention: President or Chief Operating Officer | Trade Debt | Undisputed | | | $3,121.09 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2